ACCEPTED
14-15-00038-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 11:20:54 AM
CHRISTOPHER PRINE
CLERK

CAUSE NUMBER 14—15—00038—CR

VICTOR JENKINS        IN THE COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

V.        FOURTEENTH COURT OF APPEALS

4/15/2015 11:20:54 AM

CHRISTOPHER A. PRINE

STATE OF TEXAS        STATE OF TEXAS Clerk

## APPELLANT'S SECOND MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Second Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on April 14, 2015. A previous Motion to Extend Time was filed on April 6, 2015. The prior motion was granted on April 8, 2015.

II.

The undersigned counsel had previously represented in good faith to this Court that he anticipated filing an *Anders* brief in the instant cause. However, Counsel has determined that the record does in fact contain a

potentially meritorious, non-frivolous issue that deserves to be brought to this Court's attention. Accordingly, the present Draft of the Appellant's Brief—essentially, a brief written according to *Anders* procedure—will need substantial revision.

III.

Counsel would very respectfully request that the deadline for the Appellant's brief be extended to May 1, 2015, in order that the undersigned counsel may have adequate time and opportunity to revise the present draft of the Appellant's Brief and complete the necessary research and drafting to present the issue described above.

IV.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Second Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
 PAUL M. EVANS
 SBN 24038885
 Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—mailing address P.O. Box 1748, Austin, Texas 78767, physical address 509 W. 11th Street, Austin, Texas 78701—on this the 15th day of April, 2015.


 _/s/ Paul M. Evans_____
 PAUL M. EVANS


## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 407 words, all contents included.

 _/s/ Paul M. Evans_____
  PAUL M. EVANS